IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW MAUPIN and**
**KRYSTAL GRAY**                                                                                              **PLAINTIFFS**

v.                                            Case No. **4:21-cv-00820 KGB**

**MAHN SIK CHOE**                                                                                              **DEFENDANT**

## ORDER

Before the Court is the motion for nonsuit pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) of plaintiffs Matthew Maupin and Krystal Gray (Dkt. No. 7). Defendant Mahn Sik Choe has not responded, and the time for doing so has passed. For good cause shown, the Court grants plaintiffs' motion for nonsuit (*Id*.). Mr. Maupin and Ms. Gray's complaint is dismissed without prejudice (Dkt. No. 2).

It is so ordered this 9th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge